**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REX S. GUNTHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-270-SRW |
| | ) | |
| FRANK CARLSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court upon a complaint filed by self-represented Plaintiff Rex S. Gunther. The complaint is defective because it has not been drafted on a Court form. *See* E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Although Plaintiff is not incarcerated, the Court will order him to file an amended complaint on the Court's Prisoner Civil Rights Complaint form because the form seeks information necessary to Plaintiff's suit. Plaintiff will therefore be directed file an amended complaint on Court-provided form within **21 days** of the date of this order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's Prisoner Civil Rights Complaint Under 42 U.S.C. § 1983 form.

**IT IS FURTHER ORDERED** that Plaintiff must file an amended complaint on the Court's form within **21 days** of the date of this Order. Plaintiff is advised that his amended complaint will take the place of his original complaint and will be the only pleading that this Court will review.

**If Plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice and without further notice.**

Dated this 2nd day of June, 2026.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE